AO 240A

# UNITED STATES DISTRICT COURT
## District of New Jersey

RUBY STEPHENS O/B/O
JONATHAN WALKER,
           Plaintiff

V.

COMMISSIONER OF SOCIAL
SECURITY,
           Defendant

ORDER ON APPLICATION
TO PROCEED WITHOUT
PREPAYMENT OF FEES

Case Number: 10-3102(WJM)

    Having considered the application to proceed without prepayment of fees under 28 U.S.C.§ 1915;

    IT IS ORDERED that the application is:

☒ GRANTED, and

    ☒ The clerk is directed to file the complaint,

☐ DENIED, for the following reasons:

_____
_____
_____

☐ and the Clerk is directed to close the file.
Plaintiff may submit a filing fee of $350.00 within 30 days from the date of this order to reopen the case.

ENTER this 23 day of June, 2010

_____
Signature of Judicial Officer

William J. Martini, USDJ
Name and title of Judicial Officer